46   137
55   213

STATE OF NEBRASKA, EX REL. BERMUDA BEER, V. JOHN M. THAYER, GOVERNOR.

FILED OCTOBER 15, 1895.   No. 4063.

Contracts: SCHOOL LANDS: APPRAISEMENT. The decision in *State v. McPeak*, 31 Neb., 139, followed.

ORIGINAL application for *mandamus*.

*Darnall & Babcock* and *H. M. Grimes*, for relator.

*William Leese*, Attorney General, contra.

NORVAL, C. J.

The controlling facts in this case are the same as in *State v. McPeak*, 31 Neb., 139, and following the decision

therein, a peremptory writ of *mandamus* will issue as prayed.

WRIT ALLOWED.